FILED

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

2008 JUN 13  AM 8:55

U.S. DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS, FLORIDA

GERALD JEROME PETERSON,

          Plaintiff,

vs.                      Case No.  2:08-cv-153-FtM-34DNF

STATE OF FLORIDA,

          Defendant.
_____/

### ORDER OF DISMISSAL[1]

This matter comes before the Court upon Plaintiff's Notice to the Court filed on May 2, 2008 ("Notice," Doc. #4) in response to the Court's April 15, 2008 Order (#3). Plaintiff advises the Court that he "mistakenly filed" this action with this Court and requests that this matter be transferred to the Second District Court of Appeal for the State of Florida. Notice at 1.

Accordingly, it is hereby **ORDERED**:

1. The Clerk of the Court shall forward the following documents to the Second District Court of Appeal for the State of Florida: i) a copy of the Notice of Belated Appeal and Motion for Appointment of Counsel with exhibits filed by Plaintiff in this Court on February 22, 2008 (Doc. #1); ii) a copy of the Court's April 15, 2008 Order (Doc. #3); iii) a copy of Plaintiff's Notice

---

[1] This is a "written opinion" under § 205(a)(5) of the E-Government Act and therefore is available electronically. However, it has been entered only to decide the matters addressed herein and is not intended for official publication or to serve as precedent.

with attachments (Doc. #3); iv) a copy of Plaintiff's Notice of Change of Address (Doc. #5); and a copy of this Order.

2. The Clerk shall then terminate any pending motions and close this file.

**DONE AND ORDERED** in Fort Myers, Florida, on this 12th day of June, 2008.

MARCIA MORALES HOWARD
UNITED STATES DISTRICT JUDGE

SA: hmk
Copies: All Parties of Record

-2-